ACCEPTED
06-15-00064-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/11/2015 9:37:35 AM
DEBBIE AUTREY
CLERK

| | |
|---|---|
| Appellate Docket Number: | 06-15-00064-CR |
| Appellate Case Style: Style: | Jonathan Ray Shepherd |
| Vs. | State of Texas |
| Companion Case: | 16,605 |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/11/2015 9:37:35 AM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Jonathan | ☒ Lead Attorney |
| Middle Name: Ray | First Name: Dwight |
| Last Name: Shepherd | Middle Name: A. |
| Suffix: | Last Name: Brannon |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: $0.00 | ☒ Appointed        ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained        ☐ Public Defender |
| | Firm Name: |
| | Address 1: P. O. Box 670 |
| | Address 2: |
| | City: Gilmer |
| | State: Texas        Zip+4: 75644 |
| | Telephone: 903-843-2523        ext. |
| | Fax: 903-843-6014 |
| | Email: dab.atty@etex.net |
| | SBN: 02894500 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: Upshur County (State of Texas)

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☒ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: Billy

Middle Name:

Last Name: Byrd

Suffix:

☐ Appointed   ☒ District/County Attorney

☐ Retained   ☐ Public Defender

Firm Name: Upshur County Criminal D. A.'s Office

Address 1: 405 N. Titus Street

Address 2: Upshur County Justice Center

City: Gilmer

State: Texas   Zip+4: 75644

Telephone: 903-843-5513   ext.

Fax: 903-843-3661

Email: billy.byrd@countyofupshur.com

SBN: 24034354

Add Another Appellee/ Attorney

---

**III. Appellee**

First Name: Upshur County (State of Texas)

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☒ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name: Natalie

Middle Name:

Last Name: Miller

Suffix:

☐ Appointed   ☒ District/County Attorney

☐ Retained   ☐ Public Defender

Firm Name: Upshur County Criminal D. A.'s Office

Address 1: 405 N. Titus Street

Address 2: Upshur County Justice Center

City: Gilmer

State: Texas   Zip+4: 75644

Telephone: 903-843-5513   ext.

Fax: 903-843-3661

Email: natalie.miller@countyofupshur.com

SBN: 24079007

Add Another Appellee/ Attorney

---

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): Criminal, non-death capital murder

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 21, 2015

Offense charged: Capital Murder - Kidnap/Attempted Kidnap

Date of offense: September 26, 2013

Was the trial by: ☒ jury or ☐ non-jury?

Date notice of appeal filed in trial court: April 28, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: Life w/o Parole Institutional Division, TDCJ

Is the appeal from a pre-trial order? ☐ Yes ☒ No

| Defendant's plea: Not Guilty | Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance? |
|---|---|
| If guilty, does defendant have the trial court's certificate to appeal?  ☐ Yes ☐ No | ☐ Yes ☒ No |

## VI. Actions Extending Time To Perfect Appeal

| | | |
|---|---|---|
| Motion for New Trial: | ☐ Yes ☒ No | If yes, date filed: |
| Motion in Arrest of Judgment: | ☐ Yes ☒ No | If yes, date filed: |
| Other: | ☐ Yes ☐ No | If yes, date filed: |
| If other, please specify: | | |

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed:   ☒ Yes  ☐ No  ☐ NA      If yes, date filed:

Date of hearing:                                   ☒ NA

Date of order:   April 21, 2015                  ☐ NA

Ruling on motion:  ☒ Granted  ☐ Denied  ☐ NA      If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 115th Judicial District Court

County: Upshur

Trial Court Docket Number (Cause no): 16,605

Trial Court Judge (who tried or disposed of the case):

First Name: Lauren

Middle Name:

Last Name: Parish

Suffix:

Address 1: P. O. Box 1052

Address 2:

City: Gilmer

State: Texas    Zip + 4: 75644

Telephone: 903-843-2836    ext.

Fax: 903-843-5109

Email:

Clerk's Record:

Trial Court Clerk: ☒ District    ☐ County

Was clerk's record requested?    ☒ Yes  ☐ No

If yes, date requested: Apr 28, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?    ☒ Yes  ☐ No

Was reporter's record requested?    ☒ Yes  ☐ No

Was the reporter's record electronically recorded?    ☒ Yes  ☐ No

If yes, date requested: Apr 28, 2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter    ☐ Court Recorder
☒ Official    ☐ Substitute

First Name: Deanna

Middle Name:

Last Name: Drennan

Suffix:

Address 1: P. O. Box 1052

Address 2:

City: Gilmer

State: Texas    Zip + 4: 75644

Telephone: 903-843-2836    ext.

Fax: 903-843-5109

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: _____     Court: _____

Style: _____

    Vs.    State of Texas

## X. Signature

*Dwight A. Brannon*
Signature of Counsel (or Pro Se Party)

*Dwight A. Brannon*
Printed Name:

Date: May 11, 2015

State Bar No: 02894500

Electronic Signature: _____
(Optional)

Name: Dwight A. Brannon

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on   5-11-15  .

*Dwight A. Brannon, atty*
Signature of counsel (or pro se party)

Electronic Signature: _____
(Optional)

State Bar No.: 02894500

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: May 11, 2015

Manner Served: Fax

First Name: Office of Upshur County D.A., Natalie Miller

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1:

Address 2:

City:

State Texas          Zip+4:

Telephone:          ext.

Fax:

Email: